UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD, et al.,<br><br>    Defendants. | Case No. 17-cv-02568-MEJ (PR)<br><br>**JUDGMENT** |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 22, 2017

---
MARIA-ELENA JAMES
United States Magistrate Judge